IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CONSTANCE SUE ALBRECHT,

       Plaintiff,

vs.   No. CV 11-407 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

## JUDGMENT

Pursuant to the *Memorandum Opinion and Order*, (Doc. 27), entered concurrently herewith, the Court enters Judgment pursuant to FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum*, (Doc. 23), and **REMANDING** this case to the Commissioner for Social Security for further proceedings consistent with the *Memorandum Opinion and Order*.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE