**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CONSTANCE SUE ALBRECHT,

     Plaintiff,

    vs.                                NO.  CIV 11-407 CG

MICHAEL J. ASTRUE, Commissioner
 of the Social Security Administration,

     Defendant.

<u>**ORDER GRANTING EAJA FEES**</u>

    **THIS MATTER** comes before the Court on Plaintiff's *Motion for Attorney Fees Under Equal Access to Justice Act, With Memorandum in Support Thereof*, (Doc. 29), and *Defendant's Response to Plaintiff's Motion for Attorney Fees Under EAJA*, (Doc. 30). Plaintiff has requested reimbursement for attorney fees in the amount of $5,709.00 and costs in the amount in the amount of $368.89 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 29 at 1-3). Defendant does not oppose the motion.

    **IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Attorney Fees Under Equal Access to Justice Act, With Memorandum in Support Thereof*, (Doc. 29), be **GRANTED** and that Plaintiff Constance Sue Albrecht[1] is authorized to receive **$6,077.89** in fees for payment to her attorney for services before this Court.[2]

---

   [1] *See Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007) (requiring EAJA fees to be paid to the claimant).

   [2] In the future, if Ms. Albrecht's counsel is also awarded attorney fees pursuant to 42 U.S.C. § 406(b), she shall refund the smaller award to Ms. Albrecht pursuant to *Gisbrecht v. Barnhart*. 535 U.S. 789, 796 (2002) ("Fee awards may be made under both [EAJA and § 406(b)], but the claimant's attorney must refund to the claimant the amount of the smaller fee." (internal quotation marks and alteration omitted)).

THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent